UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1765(DSD/SRN)

Ronald R. Ernst,

Plaintiff,

v.

**ORDER OF REFERENCE**

Thomas Howe,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants Harbinson's and Neil's motion to dismiss which has been filed in this matter. Any such motions shall be heard before Magistrate Judge Susan R. Nelson.

Dated: July 17, 2002

David S. Doty, Judge
United States District Court

FILED 7-18-02
RICHARD D SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______