# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald R. Ernst

Case No. Civil 01-1765 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Judge Thomas Howe, County Attorney Thomas J. Harbinson, Assistant County Attorney Neil Nelson and Attorney Robert Nicklaus

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendants' motion to dismiss is GRANTED;
2. Plaintiff's motion to stay proceedings until 4/1/03 is DENIED.

DATE: September 19, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk