UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RONALD R. ERNST,

PLAINTIFF,

V.

JUDGE THOMAS HOWE, NEIL NELSON, THOMAS HARBISON, AND ROBERT NICKLAUS
DEFENDANTS,

CIVIL NO. 01-1765 (DSD/SRN)

RECEIVED
BY MAIL
NOV 24 2004
CLERK, US DIST. COURT
ST. PAUL, MN

MOTION FOR JUDGEMENT OF CASE

COMES NOW THE PLAINTIFF, RONALD R. ERNST, AND HEREBY MOTIONS THIS COURT TO ORDER JUDGEMENT, AS TWO DEFENDANTS, ROBERT NICKLAUS, AND JUDGE THOMAS HOWE, SCOTT COUNTY, MINNESOTA, DID NOT COMPLY WITH THE RULES OF PROCEDURE TO ANSWER TO THE SUMMONS AND COMPLAINT OF THIS ACTION, IN THE REQUIRED TIMEFRAME.

THE ACTION, IS FOR MONITARY DAMAGES, IN THE AMOUNT OF THREE MILLION DOLLARS, WHICH WAS THE AMOUNT SET FORTH, BY PLAINTIFF, FOR ALL FOUR (4), DEFENDANTS. THE PLAINTIFF, WILL ALLOW THE COURT TO SET THE PROPER AMOUNT OF DAMAGES TO BE PAID TO THE PLAINTIFF, FOR THIER ILLEGAL ACTS OF REPRESENTATION, AND MIS-REPRESENTATION, OF THE PLAINTIFF, IN THE CRIMINAL CASE, THAT WAS REVERSED FOR ERROR.

DATED THIS 21st DAY OF NOVEMBER, 2004.

RONALD R. ERNST PRO SE
N.D.S.P.
P.O. BOX 5521
BISMARCK, N.D. 58506

SCANNED
DEC 01 2004
DISTRICT COURT ST. PAUL

RON ERNST 23241
N.D.S.P.
BOX 5521
BISMARCK, N.D.
58506

BISMARCK ND 585
PM
22 NOV
2004

**RECEIVED**
BY MAIL
NOV 2 4 2004
CLERK, US DIST. COURT
ST. PAUL, MN

OFFICE OF THE CLERK.
U.S. DISTRICT COURT
ROOM 700 FEDERAL BUILD.
316 N. ROBERT STREET
ST. PAUL, MN.
55101-1460

55101+1495