UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD R. ERNST, CIVIL NO. 01-1765 (DSD/SRN)

PLAINTIFF,

V.

JUDGE THOMAS HOWE, COUNTY ATTORNEY THOMAS J. HARBINSON, ASSISTANT COUNTY ATTORNEY NEIL NELSON, AND ATTORNEY ROBERT NICKLAUS,

DEFENDANTS,

RECEIVED
BY MAIL
JAN 03 2005
CLERK, US DIST. COURT
ST. PAUL, MN

LETTER TO THE COURT

---

THE ABOVE PLAINTIFF, RONALD R. ERNST, PRO SE, HEREBY REQUEST'S THIS COURT, TO STATE WHAT MUST BE DONE, TO HAVE A MOTION GRANTED, FOR THE JUDGEMENT, AGAINST TWO DEFENDANTS, NICKLAUS, AND HOWE, FOR NOT RESPONDING TO THE SUMMONS AND COMPLAINT, IN THIS MATTER.

PLAINTIFF, FILED A MOTION, TO THE COURT, FOR JUDGEMENT BY DEFAULT, IN NOVEMBER 2004. PLAINTIFF, DID NOT HEAR FROM THE COURT. PLAINTIFF, RECIEVED WORD FROM THE EIGHTH CIRCUIT, THAT IT DOES NOT HAVE JURISDICTION OVER AN APPEAL, BECAUSE THE CASE HAS NOT BEEN FULLY RESOLVED IN THE LOWER DISTRICT COURT.

THEREFORE, THE PLAINTIFF, IS QUESTIONING THE COURT, WHAT HAS TO BE FILED, FOR THE JUDGEMENT TO BE ENTERED, ACCORDING TO RULE 54, OF THE FEDERAL RULES OF PROCEDURE.

DATED THIS 26TH DAY OF DECEMBER, 2004.

RESPECTFULLY SUBMITTED,

RONALD R. ERNST 23241
N.D.S.P.
P.O. BOX 5521
BISMARCK, N.D. 58506

SCANNED
JAN 03 2005
U.S. DISTRICT COURT ST. PAUL

RON ERNST 23241
N.D.S.P.
BOX 5521
BISMARCK N.D.
58506



RECEIVED
BY MAIL
JAN 03 2005
CLERK, US DIST. COURT
ST. PAUL, MN

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
700 FEDERAL BUILDING
316 N. ROBERT STREET
ST. PAUL MN. 55101

55101+1423