# CERTIFICATE OF SERVICE BY MAIL

DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

01-cv-1765
DSD/SRN

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF BURLEIGH )

The undersigned, being duly sworn, under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the 27th Day of Dec, 2004, ____ M, I mailed the following:

LETTER TO THE COURT

by placing it/them in a prepaid enveloped, and addressed as follows:

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
700 FEDERAL BUILDING
316 N. ROBERT STRETT
ST. PAUL, MN. 55101

ATTY. SUSAN KAY McNELLIS
SCOTT COUNTY ATTORNEY
GOVERNMENT CTR. JC340
200 4th AVE. W.
SHAKOPEE, MN. 55379-1380

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this 29 day of December, 2004.

Notary Public

My Commission Expires On

DANIEL P. EBACH
Notary Public
State of North Dakota
My Commission Expires Aug. 22, 2006

SCANNED
JAN 03 2005
U.S. DISTRICT COURT ST. PAUL