UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1765(DSD/SRN)

Ronald R. Ernst,

Plaintiff,

v. **ORDER**

Thomas Howe, Judge;
Thomas J. Harbinson,
District Attorney, Nelson
Neil, Assistant District
Attorney and Robert Nicklaus,
Attorney,

Defendants.

This matter is before the court upon plaintiff's motion for default judgment against defendants Howe and Nicklaus.

Because plaintiff offers no proof that defendants Howe and Nicklaus have been properly served with the summons and complaint in this action, plaintiff's motion must be denied. Furthermore, because the 120-day period for service has expired, plaintiff is placed on notice that he shall have no more than thirty days from the date of this order to effect proper service and cause proof of such service to be filed with the Clerk of Court. See Fed. R. Civ. P. 4(m). Should plaintiff fail to comply with this order, the case will be dismissed.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment [Docket No. 25] is denied.

2. Plaintiff shall cause defendants Howe and Nicklaus to be served with the summons and complaint in this action and cause proof of such service to be filed with the Clerk of Court no later than thirty days from the date of this order.

Dated: January 4, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court