U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

CHASKA MN 55318

| | |
|---|---|
| Postage | $ $0.80 |
| Certified Fee | $2.10 |
| Return Receipt Fee (Endorsement Required) | $1.50 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.40 |

Postmark Here: RICHFIELD MN OCT 22 2001 USPS 55423 — 10/22/2001

Sent To: Nichlaus
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7001 1940 0004 6480 0073

---

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty. Robert Nichlaus
526 Pine St. N.
Chaska, MN.
55318

B. Date of Delivery: 10/31

C. Signature
X Lori Brandow ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 1940 0004 6480 0073

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

SHAKOPEE MN 55379

0423
15

| | |
|---|---|
| Postage | $ $0.80 |
| Certified Fee | $2.10 |
| Return Receipt Fee (Endorsement Required) | $1.50 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.40 |

Postmark Here: RICHFIELD MN OCT 22 2001 USPS 55423 — 10/22/2001

Sent To: Heutt
Street, Apt. No.; or PO Box No.

7001 1940 0004 6480 0066

---

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Thomas He[redacted]
Scott Co. Dist. Cou[redacted]
8 Holmes St.[redacted]
Shakopee, MN.
55379-1380

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 24 2001 SHAKOPEE MN

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 1940 0004 6480 0066

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-14

---

RICHFIELD PO
RICHFIELD, Minnesota
554239998
(800)275-8777 09:20:00 AM

10/22/2001 Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| SHAKOPEE MN 55379 | | | |
| First-Class | | | $0.80 |
| Return Receipt | | | $1.50 |
| Certified | | | $2.10 |
| Label Serial #: 70011940000464800066 | | | |
| Issue PVI: | | | $4.40 |
| CHASKA MN 55318 | | | |
| First-Class | | | $0.80 |
| Return Receipt | | | $1.50 |
| Certified | | | $2.10 |
| Label Serial #: 70011940000464800073 | | | |
| Issue PVI: | | | $4.40 |
| SHAKOPEE MN 55379 | | | |
| First-Class | | | $0.80 |
| Return Receipt | | | $1.50 |
| Certified | | | $2.10 |
| Label Serial #: 70011940000464800080 | | | |
| Issue PVI: | | | $4.40 |
| SHAKOPEE MN 55379 | | | |
| First-Class | | | $0.80 |
| Return Receipt | | | $1.50 |
| Certified | | | $2.10 |
| Label Serial #: 70011940000464800097 | | | |
| Issue PVI: | | | $4.40 |
| Total: | | | $17.60 |
| Paid by: Cash | | | $17.60 |

Bill#: 1000500989263
Clerk: 15

Thank you for your business

SCANNED
JAN 31 2005
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CIVIL NO. 01-1765(DSD/SRN)

RONALD R. ERNST R. ERNST,
PLAINTIFF,

V.

THOMAS HOWE, JUDGE:
THOMAS J. HARBINSON,
DISTRICT ATTORNEY:
NEIL NELSON, ASSISTANT
DISTRICT ATTORNEY: AND
ROBERT NICKLAUS, ATTORNEY.

DEFENDANTS,

RECEIVED
BY MAIL
JAN 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

TO THE COURT:

IT TOOK A CONSIDERABLE AMOUNT OF SEARCHING, FOR THE PROPER DOCUMENTS, THAT THE FOURT DEFENDANTS HAD BEEN SERVED WITH THE SUMMONS AND COMPLAINT. PLEASE FIND ENCLOSED, THE RECIEPTS FROM THE POSTAL OFFICE, IN RICHFIELD, MN. ALSO, ATTACHED, IS THE CERTIFIED RETURN RECEIPT CARD, THAT SHOWS THAT IT WAS ACCEPTED OR SIGNED BY AN AUTHORIZED AGENT, FOR THAT PARTY.

TWO DEFENDANTS, NELSON AND HARBINSON WERE MAILED THIER COPIES IN THE SAME FASHION, AND REPLIED IN KIND, WITHIN THE REQUIRED 60 DAYS, AS STATED ON THE SUMMONS. BUT, HOWE AND NICKLAUS NEVER DID REPLY.

I HAVE SENT THEM ( NICKLAUS AND HOWE) COPIES OF THE SUMMONS AND COMPLAINT, BY CERTIFIED MAIL, RETURN DATED 1-21-05 RECIEPT REQUESTED. I AM NERVOUSLY AWAITING THEIR REPLY. I HAD THE CHANCE TO CALL EACH DEFENDANT FROM THE PENITENTIARY, AND WAS TOLD THAT THEY WOULD BE SIGNED FOR, BY THE PROPER OFFICIALS. I MAY NEED AN EXTENSION, TO GET THE GREEN CARDS TO YOU.

SCANNED
JAN 3 1 2005
U.S. DISTRICT COURT MPLS

DATED THIS 27TH DAY OF JANUARY, 2005.

RONALD R. ERNST 23241

N.D.S.P.

P.O. BOX 5521

BISMARCK, N.D. 58506

RON ERNST 23241
N.D.S.P.
BOX 5521
BISMARCK, N.D.
58506

BISMARCK ND 585
PM
20 JAN

RECEIVED
BY MAIL
JAN 31 2005
CLERK, US DIST. COURT
ST. PAUL, MN

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
ROOM 700 FEDERAL BUILD.
316 N. ROBERTS STREET
55101+1495 ST. PAUL MN 55101-1460