UNITED STATES DISRICT COURT

DISTRICT OF MINNESOTA

CIVIL CASE NO. 01-1765 (DSD/SRN)

RECEIVED
BY MAIL
FEB 0 3 2005
CLERK, US DIST. COURT
ST. PAUL, MN

RONALD R. ERNST,

PLAINTIFF,

V.

THOMAS HOWE, JUDGE:
THOMAS J. HARBINSON,
DISTRICT ATTORNEY:
NEIL NELSON, ASSISTANT
DISTRICT ATTORNEY:
ROBERT NICKLAUS,
ATTORNEY:

DEFENDANTS,

TO THE COURT:

TO THE FFECT OF AN ORDER, BY THE COURT, DATED JANUARY 4, 2005, THE COURT STATED THAT SERVICE MUST BE PROVIDED THE COURT, THAT A SUMMONS AND COMPLAINT IN THIS ACTION HAS BEEN EFFECTUATED. THIS PROOF, MUST BE PROVIDED TO THE COURT, WITHIN THIRTY DAYS OF SAID ORDER.

ATTACHED TO THIS LETTER, TO THE COURT, IS A CERTIFIED RE-CEIPT OF THE RETURN REQUESTED PORTION, THAT WAS SIGNED BY D. MALZ, ON JANUARY 24, 2005. ALSO ATTACHED IS A COPY OF A RECEIPT OF A BILL, THAT INMATE ERNST HAS RECIEVED FROM THE PRISON, THAT TWO LETTERS WERE MAILED BY CERTIFIED MAIL.

THE (GREEN CARD) THAT IS SUPPOSE TO COME BACK FOR THE MAILING OF THE SUMMONS AND COMPLAINT TO THOMAS HOWE, HAS NOT BEEN RETURNED, AS OF THIS DATE. THIS IS PROOF THAT AT LEAST THE CERTIFIED MAIL TO ATTORNEY ROBERT NICKLAUS, HAS BEEN PRO-CESSED, AND PROOF IS AT HAND.

SCANNED
FEB 0 3 2005
U.S. DISTRICT COURT ST. PAUL

WHEN THE CERTIFIED CARD FOR THE MAILING TO JUDHE HOWE IS RETURNED TO ME, I WILL FOWARD IT TO THE COURT, THAT THE SUMMONS AND COMPLAINT HAVE BEEN SERVED ON THE DEFENDANTS.

DATED THIS 30TH DAY OF JANUARY, 2005.

RONALD R. ERNST 23241
N.D.S.P.
P.O. BOX 5521
BISMARCK, N.D. 58506

**INMATE CHARGE SLIP** 167913
DEPARTMENT OF CORRECTIONS & REHABILITATION/PRISONS DIVISION
SFN 53469 (08-2002)

Name: Ronald Scott 1E6

| ITEM | AMOUNT | |
|---|---|---|
| Tickets | | |
| Tickets | | |
| Copies | | |
| Postage 2 [illegible] @ 4.88 | 9 | 76 |
| Postage | | |
| Credit | | |
| TOTAL | 9 | 76 |

Date: 1-21-05

Signature:

Number: 23241

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert Nicklaus
500 Pine St. N Suite 200
Chaska, MN
55318

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Malz ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. Malz

C. Date of Delivery 1/24/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3220 0002 8519 3301

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

RONALD R. ERNST
N.D.S.P.
BOX 5521
BISMARCK, N.D
58506

7099 3220 0002 8519 3325

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE

BISMARCK ND FEB 01 '05

U.S. POSTAGE 4.42
H METER 522616

**RECEIVED**
BY MAIL
FEB 0 3 2005
CLERK, US DIST. COURT
ST. PAUL, MN

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
ROOM 700 FEDERAL BUILD:
316 N. ROBERT ST.
ST. PAUL, MN. 55101-1460

55101+1433 06