# UNITED STATES DISTRICT COURT
## District of Minnesota

Ronald R. Ernst,

V.

Thomas Howe, Judge, Thomas J. Harbinson, District Attorney, Nelson Neil, Assistant District Attorney and Robert Nicklaus, Attorney,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1765 (DSD/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action be dismissed without prejudice for plaintiff's failure to comply with the court's order of January 4, 2005.

February 8, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk