RECEIVED
BY MAIL
FEB 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1765 (DSD/SRN)

RONALD R. ERNST,
PLAINTIFF,

V.

APPEAL FROM ORDER

THOMAS HOWE, JUDGE: THOMAS J. HARBINSON, DISTRICT ATTORNEY: NEIL NELSON, ASSISTANT DISTRICT ATTORNEY: ROBERT NICKLAUS, ATTORNEY:,
DEFENDANTS,

THIS IS AN APPEAL OF THE COURTS ORDER, DATED FEBUARY 7, 2005. THIS APPEAL IS BASED, IN PART AS THE MINN. R. CIV. P. 4.05. THE RULE STATES THAT SERVICE BY MAIL IS NOT PERFECTED UNTIL THE DEFENDANT ACKNOWLEDGES RECIEPT OF THE SUMMONS AND COMPLAINT. ACCORDING TO THIS RULE, DEFENDANT NICKLAUS'S OFFICE DID SIGN FOR THE DELIVERY OF THE SUMMONS AND COMPLAINT, AND THE REQUESTED CERTIFICATION, WAS SIGNED, AND RETURNED TO THE PLAINTIFF. THE PLAINTIFF, THEN DID SERVE THIS ON THE COURT, AS THAT THE SUMMONS AND COMPLAINT WERE IN FACT DELIVERED TO NICKLAUS.

AS FAR AS HOWE, THE PLAINTIFF HAS NO KNOWLEDGE OF THE SERVICE. THE PLAINTIFF CALL THE SCOTT COUNTY COURTHOUSE CLERK OF DISTRICT COURT, AND THE LAW OFFICE OF NICKLAUS, AND WAS TOLD BY EACH, THAT THEY INDEED WOULD SIGN FOR THE SERVICE OF THE SUMMONS AND COMPLAINT. THE CLERK OF DISTRICT COURT, DID STATE THAT JUDGE HOWE WAS IN FLORIDA, BUT THAT THE CLERK WOULD SIGN FOR THE MAILING, ON HIS BEHALF, AS HE WOULD NOT BE PRESENT FOR THAT DUTY. THE DEFENDANT NICKLAUS DID SIGN THE MAILING, AS THEY SAID THAT THEY WOULD.

IN THE ORIGINAL FILING OF THIS SUMMONS AND COMPLAINT, NELSO, HARBINSON, AND NELSON STATED THAT THEY WOULD BE WILLING TO ACCEPT THE DOCUMENTS BY FIRST CLASS MAIL, TO SAVE ON POSTAGE, TO THE PLAINTIFF. BUT THE PLAINTIFF, SENT THE SUMMONS AND COMPLAINT BY CERTIFIED MAIL ANYWAY. NICKLAUS NEVER DID ANSWER TO THE SUMMONS AND COMPLAINT IN THE BEGINNING. IT COULD BE PRESUMED THAT HE WAS IN THE PROCESS OF MOVING, AND DID NOT FEEL THAT HE HAD THE TIME

SCANNED
FEB 24 2005
U.S. DISTRICT COURT ST. PAUL

TO DEAL WITH THE COMPLAINT. I PERSONALLY KNOW THAT I HAD TO MAIL THE SUMMONS AND COMPLAINT TO A DIFFERENT OFFICE ADDRESS, THAT HE HAD HAD, ABOUT SIX MONTHS PREVIOUS. I ASSUMED THAT HE FELT THAT IT DID NOT INVOLVE HIM, AS THE POST-CONVICTION THAT I FILED WITH THE SCOTT COUNTY COURT, IN JUDGE HOWE'S COURT-ROOM, WAS PRO SE. ATTORNEY NICKLAUS HANDLED THE PRELIMANARY HEARING, AND THE SENTENCING PHASE OF THE PROCEEDINGS. BUT, HE FAILED TO INVESTIGATE THE CHARGES AND THE PRIOR CONVICTIONS OF THE PLAINTIFF, WHEREBY THE SCOTT COUNTY CHARGE WAS ENHENCED, DUE TO A POSSIBLE PRIOR CONVICTION. AFTER BEING IN PRISON, THE STATE INVESTIGATED THE CRIMINAL HISTORY OF THE PLAINTIFF, AND DETERMINED THAT THE PLAINTIFF DID NOT HAVE A PRIOR CONVICTION, TO ENHENCE THE CURRENT CHARGE TO A FELONY LEVEL OFFENSE. AT THAT TIME, ERNST FILED FOR A POST-CONVICTION HEARING. EIGHT MONTHS LATER, A HEARING WAS HELD, BUT JUDGE HOWE DETERMINED THAT SINCE ERNST FILED HIS PRO SE BRIEF, THAT NICKLAUS COULD NOT REPRESENT THE PLAINTIFF, ERNST, ON THE POST-CONVICTION.

THIS SUMMONS AND COMPLAINT, IS BASED UPON NICKLAUS NOT DOING HIS JOB TO INVESTIGATE THE ALLEDGED PRIOR CONDUCT OF ERNST, THE CRIMINAL HISTORY OF ERNST, AND OF JUDGE HOWE'S FAILURE TO CORRECTLY ADMINISTER THE PROPER PRO-CEDURE, IN CORRECTING THE SENTENCE. JUDGE HOWE WAS SUPPOSE TO DISMISS THE FELONY CHARGE, AND RE-CHARGE AT THE GROSS MISDEMEANOR LEVEL, AND THEN SENT-ENCE ERNST ON THAT MISDEMEANOR CHARGE. INSTEAD JUDGE HOWE, JUST TREATED THE CHARGE AS A CONVICTION AT THE GROSS MISDEMEANOE LEVEL, OTHER THAN AT THE FELONY LEVEL. HE SENTENCED ERNST TO 365 DAYS IN THE SCOTT COUNTY JAIL. BUT, ERNST HAD ALREADY SERVED 14 MONTHS IN PRISON, ON THE CHARGE.

THEREFORE, THE PLAINTIFF, ERNST PRAYS, THAT THE COURT, WILL ACCEPT THE PROOF OF MAILING BY CERTIFIED MAIL, AND KEEP THIS CASE OPEN FOR FURTHER PROCEEDINGS. AND A POSSIBLE CONCLUSION TO THE REMEDY SOUGHT BY THE PLAINTIFF FOR AN EQUITABLE SOLUTION, RESPECTFUL TO ALL.

DATED THIS 17 th DAY OF FEBUARY, 2005.

RONALD R. ERNST 23241 PRO SE

# CERTIFICATE OF SERVICE BY MAIL

DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF BURLEIGH )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the 17TH Day of FEB, 2005, P M, I mailed the following:

APPEAL FROM COURT ORDER

by placing it/them in a prepaid enveloped, and addressed as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MN. 55101-1460

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

[signature]

AFFIANT

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this 17 day of Febuary, 2005.

| Notary Public [signature: Daniel P. Ebach] | My Commission Expires On |
|---|---|

DANIEL P. EBACH
Notary Public
State of North Dakota
My Commission Expires Aug. 22, 2006

RONALD ERNST 23241
N.D.S.P.
BOX 5521
BISMARCK, N.D.
58506

[illegible] PM
13 FEB
2005

USA

RECEIVED
BY MAIL
FEB 22 2005
CLERK, US DIST. COURT
ST. PAUL, MN

U.S. DISTRICT COURT
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT ST.
ST PAUL, MN. [illegible]1460

55101+1465