UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1765 (DSD/SRN)

RONALD R. ERNST,

PLAINTIFF,

ANSWER TO THE COURT ABOUT APPEAL

V.

THOMAS HOWE, JUDGE: THOMAS J. HARBINSON, DISTRICT ATTORNEY: NEIL NELSON, ASSISTANT DISTRICT ATTORNEY: ROBERT NICKLAUS, ATTORNEY:,

DEFENDANTS,

RECEIVED
BY MAIL
MAR 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

THE COURT, SENT AN ORDER TO THE PLAINTIFF, ON FEBUARY 8, 2005, OF THE FACT THAT IT DID NOT FEEL THAT THE PLAINTIFF ABIDED BY THE RULES OF PROCEDURE, IN PROPERLY DELIVERING THE SUMMONS AND COMPLAINT, TO HOWE, AND NICKLAUS. IN THIS ORDER, THE COURT DISMISSED THIS ACTION WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH THE COURT'S ORDER OF JANUARY 4, 2005.

THE PLAINTIFF, FILED AN APPEAL OF THIS DECISION, AND THE COURT SENT THE PLAINTIFF, PAPERS, TO FILL OUT, WHEREBY THE COURT WANTS MONIES TO EFFECT THIS APPEAL OF ITS ORDER. THE COURT HAS STATED THAT IT CAN DISMISS THIS CASE BY SUMMARY JUDGEMENT.

THE PLAINTIFF, HASDECIDED TO WAIT TO FILE AN APPEAL, BUT WAS ASKING THE COURT FOR A REVIEW OF THAT DECISION TO DISMISS. THE PLAINTIFF, WILL FILE ANOTHER 1983 ACTION, AND EFFECT SERVICE BY WAY OF THE MARSHALL, OR SHERIFF'S OFFICE. THE PLAINTIFF KNOWS THAT HE WILL HAVE TO PAY THE FILING FEE AGAIN, BUT HAS BEEN BURNED IN THE PAST, ON MAKING APPEALS TO THE COURT, WHERE THE COURT ONLY SNATCHES THE MONIES, AND DELIVERS THE SAME VERDICT, THAT WAS PREVIOUSLY IMPOSED.

THEREFORE, THE PLAINTIFF, DENIES THE APPLICATION OF APPEAL, OF THE COURT'S ORDER, IN THIS MATTER.

DATED THIS 28 th DAY OF FEBUARY, 2005.

RONALD R. ERNST 23241
N.D.S.P.
P.O. BOX 5521
BISMARCK, N.D. 58506

SCANNED
MAR 18 2005
U.S. DISTRICT COURT ST. PAUL

RON ERNST 23241
N.D.S.P.
BOX 5521
BISMARCK N.D.
58506

BISMARCK ND 585
PM
02 MAR
2005



RECEIVED
BY MAIL
MAR 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

U.S. DISTRICT COURT
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILD.
315 NORTH ROBERT ST.
ST. PAUL, MN.
55101-1460

55104+1358