UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1765(DSD/SRN)

Ronald R. Ernst,

Plaintiff,

v.

**ORDER**

Thomas Howe, Judge,
Thomas J. Harbinson,
District Attorney,
Nelson Neil, Assistant
District Attorney, Robert
Nicklaus, Attorney,

Defendant.

This matter is before the court upon plaintiff's "answer to the court about appeal" in which he declares that he "hasdecided [sic] to wait to file an appeal." The court construes the document as a motion to voluntarily dismiss the appeal pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure.[1]

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to dismiss the appeal [Doc. No. 35] is granted.

[1] Usually, Rule 42(a) requires the erstwhile appellant to notify all parties of his motion to dismiss so that they may have an opportunity to object. Fed. R. App. P. 42(a). In this case, however, two defendants have been dismissed more than two years ago and the remaining defendants have never been properly served with the summons and complaint. The court thus finds that it would serve no purpose to enforce the notice requirement.

2. The appeal is hereby dismissed.

Dated: March 22, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court